UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GETTEL OCALA, INC. DBA VOLKSWAGEN OF OCALA,**

    Plaintiff,

v.                                                   Case No: 5:22-cv-673-GAP-PRL

**ALPHA SIGNS GMBH; SCOTT ELECTRIC SIGN COMPANY, INC.; COLITE INTERNATIONAL, LTD, INC,; VOLKSWAGEN GROUP OF AMERICA, INC.,**

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's motion for an enlargement of time to serve Defendant Scott Electric Sign Company, Inc. ("Scott Electric"). (Doc. 26). Pursuant to Rule 4(m), Fed.R.Civ.P., service of the summons and complaint must be made within 90 days after filing the complaint—which in this case is February 19, 2025. The Court, however, has discretion to extend the time for service. *See* Rule 4(m), Fed.R.Civ.P.; *Horenkamp v. Van Winkle and Co., Inc.,* 402 F.3d 1129, 1132-33 (11th Cir. 2005) (holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause).

Plaintiff represents that despite eight attempts, a process server has been unable to serve Scott Electric. Accordingly, Plaintiff sent a Notice of Lawsuit and Request to Waive Service of a Summons to three addresses for Scott Electric—requiring the Waiver of the

- 2 -

Service of Summons form to be returned by February 28, 2025. If Scott Electric does not agree to waive service, Plaintiff will be forced to resume its efforts to effectuate service.

Upon due consideration, Plaintiff's Motion (Doc. 26) is **GRANTED**. Plaintiff shall serve Defendant Scott Electric Sign Company, Inc. on or before **April 21, 2025.**

**DONE** and **ORDERED** in Ocala, Florida on February 20, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties